**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **Ophat Hansana, individually and as a representative of the classes,** | § § § | |
| **Plaintiff,** | § § | |
| **vs.** | § § | **CIVIL ACTION NO. 3:15-CV-00740-L** |
| **PDQ Temporaries, Inc.** | § § | |
| **Defendant.** | § § | |

**DEFENDANT PDQ TEMPORARIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

COMES NOW Defendant, PDQ Temporaries, Inc. ("PDQ"), by and through its undersigned attorney of record, and files this unopposed Motion for Leave to File Document Under Seal, and states as follows:

Pursuant to Local Rule 79.3, PDQ respectfully requests that the Court grant it leave to file its Individual Settlement Agreement and Release with Plaintiff under seal in conjunction with the Parties' Joint Stipulation of Dismissal because this document contains confidential information regarding the terms of the settlement of this action. Pursuant to Local Rule 79.3(b)(2), a copy of the following document is attached to this Motion:

Exhibit 1:    Settlement Agreement

DATED: January 8, 2016

Respectfully submitted,

**GORDON & REES LLP**

*/s/ Kirstie M. Simmerman*
**KIRSTIE M. SIMMERMAN**
State Bar No. 24083858
ksimmerman@gordonrees.com
2100 Ross Avenue, Suite 2800
Dallas, Texas 75201
214-231-4660 (Telephone)
214-461-4053 (Facsimile)

**ATTORNEY FOR DEFENDANT,
PDQ TEMPORARIES, INC.**

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that on January 8, 2016, I conferred with Chris Miltenberger, counsel for Plaintiff, regarding the filing of this Motion for Leave to File Document Under Seal. Plaintiff's counsel indicated that he is unopposed to the filing of this Motion.

*/s/ Kirstie M. Simmerman*
**KIRSTIE M. SIMMERMAN**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served January 8 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


*/s/ Kirstie M. Simmerman*
**KIRSTIE M. SIMMERMAN**